JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/15/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER JOHN GREGGS, p/k/a "Alex Greggs" and "Alex G,"
    Plaintiff,
v.
ARIANA GRANDE-BUTERA, *et al.*,
    Defendants.

No. 2:16-CV-06320 MWF (JPRx)
Judge: Hon. Michael W. Fitzgerald

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION**

Plaintiff Alexander John Greggs ("Plaintiff"), and Defendants Ariana Grande-Butera, Pierre David Guetta, Savan Harish Kotecha, Rami Yacoub, Carl Anthony Falk, Ilya Salmanzadeh, What A Publishing, Ltd., Shapiro, Bernstein & Co, Inc., Universal Music Group, Inc., Republic Records, UMG Recordings, Inc., UMG Commercial Services, Inc., erroneously sued as Universal Music Distribution, Universal Music Distribution Services, Inc., and Apple, Inc., having filed their "Joint Stipulation for Dismissal of Action with Prejudice," wherein they stipulated and agreed, by and through their respective counsel of record, that this action, in its entirety, including without limitation all claims alleged by Plaintiff in this action, should be dismissed with prejudice as to all Defendants, with Plaintiff, on the one hand, and Defendants, on the

other hand, each to bear their own respective attorneys' fees, costs of suit and expenses incurred in this action, and

the Court having reviewed the said Stipulation and the file and record of this action, and good cause appearing therefrom why the Court should issue this Order,

**IT IS HEREBY ORDERED** that this action, in its entirety, including without limitation all claims alleged by Plaintiff in this action, shall be and hereby is dismissed with prejudice as to all Defendants, with Plaintiff, on the one hand, and Defendants, on the other hand, each to bear their own respective attorneys' fees, costs of suit and expenses incurred in this action.

Dated: August 15, 2017

_____
*Hon. Michael W. Fitzgerald*
*United States District Judge*

61339059.1